STATE of Missouri, Respondent,

v.

**Gerald F. TREVARTHEN, Appellant.**

No. WD 64470.

Missouri Court of Appeals,
Western District.

Feb. 7, 2006.

Rosalynn Koch, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Shaun Mackelprang and Dora A. Fichter, Office of Attorney General, Jefferson City, for Respondent.

Before JOSEPH M. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Gerald F. Trevarthen appeals the circuit court's judgment convicting him of unlawful use of a weapon. We affirm. Rule 30.25(b).